**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2403**
_____

ARNOLD BENSON CLARKE,

                    Plaintiff – Appellant,

          v.

E.I. DUPONT DeNEMOURS & CO. INC.,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   John A. Gibney, Jr.,
District Judge.  (3:12-cv-00711-JAG)

_____

Submitted:  March 26, 2013          Decided:  March 28, 2013

_____

Before DUNCAN and FLOYD, Circuit Judges.[*]

_____

Affirmed by unpublished per curiam opinion.

_____

Arnold Benson Clarke, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

_____

     [*] This opinion is filed by a quorum of the panel pursuant to
28 U.S.C. § 46(d).

PER CURIAM:

Arnold Benson Clarke appeals the district court's orders denying his complaint and amended complaint alleging claims of breach of contract, patent infringement, fraud, conspiracy, and racial discrimination under 42 U.S.C. § 1981 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Clarke v. E.I. Dupont DeNemours, No. 3:12-cv-00711-JAG (E.D. Va. Oct. 22 & Nov. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED